## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERISTY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCHESTER POLYTECHNIC INSTITUTE, | Case No. 2:23-CV-553-RWS-RSP |
| *Plaintiffs* | JURY TRIAL DEMANDED |
| v. | |
| HUAWEI DEVICE CO., LTD. | |
| *Defendant.* | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and prior to the Defendant filing an answer or other response to Plaintiffs' complaint, Plaintiffs, The Research Foundation for the State University of New York, the University of Connecticut, and Worchester Polytechnic Institute, by and through their undersigned counsel hereby notice dismissal without prejudice of the above-captioned action, and each and every claim and request for relief asserted therein.

Dated:  January 21, 2025                              Respectfully submitted,

/ s/  *Michael A. Siem by permission*
*Claire* *Abernathy Henry*

Michael A. Siem – LEAD ATTORNEY
Emilio F. Grillo
(pro hac vice)
Cedric Tan
(pro hac vice)
Chiara M. Carni
(pro hac vice)
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900 New York, New
York 10017 Telephone: (646) 292-8700
msiem@goldbergsegalla.com
egrillo@goldbergsegalla.com
ctan@goldbergsegall.com
cmcarni@goldbergsegalla.com


Of Counsel:

Claire Abernathy Henry
 TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Pkwy.
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Attorneys for Plaintiffs The Research Foundation for The*
*State University of New York, University of Connecticut,*
*and Worcester Polytechnic Institute*

2

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on January 21, 2025, a true and correct copy of

the foregoing document was served on all parties appearing in this case by CM/ECF notification.

/s/  *Claire Abernathy Henry*