# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERISTY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCHESTER POLYTECHNIC INSTITUTE, <br><br> *Plaintiffs* <br><br> v. <br><br> HUAWEI DEVICE CO., LTD. <br><br> *Defendant.* | Case No. 2:23-CV-553-RWS-RSP <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the FRCP 41(a)(1)(A)(i) Notice of Dismissal (the "Notice") filed by Plaintiffs, The Research Foundation for the State University of New York, the University of Connecticut, and Worchester Polytechnic Institute. In the Notice, Plaintiff dismisses the above-captioned action against Defendant Huawei Device Co., Ltd. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Id. at 1.)

Having considered the Notice, the Court ACCEPTS AND ACKNOWLEDGES that all claims and causes of action asserted by Plaintiffs against Defendant in the above-captioned case are DISMISSED WITHOUT PREJUDICE. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case against Defendant not explicitly granted herein are DENIED AS MOOT.