# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERISTY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCHESTER POLYTECHNIC INSTITUTE,<br><br>*Plaintiffs*<br><br>v.<br><br>HUAWEI DEVICE CO., LTD.<br><br>*Defendant.* | Case No. 2:23-CV-553-RWS-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and prior to the Defendant filing an answer or other response to Plaintiffs' complaint, Plaintiffs, The Research Foundation for the State University of New York, the University of Connecticut, and Worchester Polytechnic Institute, by and through their undersigned counsel hereby notice dismissal without prejudice of the above-captioned action, and each and every claim and request for relief asserted therein.

Dated:  January 21, 2025                     Respectfully submitted,

/s/ Claire Abernathy Henry

Timothy Devlin
tdevlin@devlinlawfirm.com
Joseph J. Gribbin**
jgribbin@devlinlawfirm.com
Christopher R. Clayton
cclayton@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

**admitted pro hac vice

Of Counsel:

Claire Abernathy Henry
 TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Pkwy.
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Attorneys for Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 21, 2025, a true and correct copy of the foregoing document was served on all parties appearing in this case by CM/ECF notification.

<u>/s/  *Claire Abernathy Henry*</u>