# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and WORCESTER POLYTECHNIC INSTITUTE, | § § § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00553-RWS-RSP |
| HUAWEI DEVICE CO., LTD. *Defendant*. | § § § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by The Research Foundation for the State University of New York, the University of Connecticut, and Worchester Polytechnic Institute, ("Plaintiffs"). (Dkt. No. **20**.) In the Notice, Plaintiffs represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 22nd day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE